UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------
OSTROLENK FABER LLP,

        Plaintiff,                        18 cv 10852 (PKC)

                                        ORDER

        -against-

OFFICE DEPOT, INC.,

        Defendant.
-----------------------------------------------------------------------
OFFICE DEPOT, INC.,

        Defendant/Third-Party Plaintiff,

        -against-

SAKAR INTERNATIONAL, INC.,

        Third-Party Defendant.
-----------------------------------------------------------------------

CASTEL, U.S.D.J.

        The Court has reviewed the motion of Office Depot, Inc. ("Office Depot") for attorneys' fees and costs. In paragraph 2 of the Reply Declaration of James Liss, he asserts that four lawyers (Mr. Liss, Charles H. Chevalier, Leigh DeCottis and Daniel Weinberger) and three "paralegals and case managers" (Fritz Sammy, Martin Brech and Diane Whitford) billed time to the matter. That would imply 7 individuals billed time to the matter. Mr. Liss also asserts that "[o]n occasion, other paralegals were enlisted to assist with minor tasks . . . ." From a review of monthly bills, the Court sees that Robin Taylor, Shika Khansari and Nina Slifenelli, whose role

at the firm is not disclosed, also billed time to the matter (the Court assumes that they are the paralegals to whom Mr. Liss refers).

No summary tabulation is provided in the voluminous submission that sets out the total number of hours billed by the 10 individuals over the life of the matter, with their hourly rates and the resulting totals.  The Court began piecing together such a tabulation from the summaries at the end of each of the monthly bills and decided that it was not an appropriate use of a district judge's time.  If the movant wants to recover its fees, it should have provided – and should now provide – that information.  A tabulation of all costs or expenses also should be provided.

Office Depot shall provide the above tabulations within 7 days.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
June 25, 2020