UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OSTROLENK FABER LLP,
         Plaintiff,

-against-

OFFICE DEPOT, INC.,
         Defendant.
-----------------------------------------------------------X
OFFICE DEPOT, INC.,
         Defendant/Third Party Plaintiff,

-against-

SAKAR INTERNATIONAL, INC.,
         Third-Party Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2020

18 **CIVIL** 10852 (PKC)

**JUDGMENT**
**For Attorneys' Fees**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2020, the motion of Office Depot for the award of attorneys' fees and expenses from Sakar is GRANTED in the amount of $148,596.28. Judgment is entered in favor of Office Depot in said amount on so much of Count I of the third-party complaint as seeks any fees and costs Office Depot associated with defending this action and prosecuting the third-party complaint. All other claims in the third-party complaint and any other pleading are dismissed as moot.

**Dated:** New York, New York
       July 9, 2020

                                             **RUBY J. KRAJICK**
                                               Clerk of Court
**BY:**
                                               **Deputy Clerk**